

ORIGINAL

Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
**Hao Xu**

ADR

Filed

JUN 2 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## COMPLAINT

Hao Xu

   Plaintiff,

  v.

**Alberto Gonzales**, United States Attorney
General, U.S. Department of Justice;
**Michael Chertoff**, Secretary of the
Department of Homeland Security;
**Emilio T. Gonzalez**, Director of United States
Citizenship and Immigration Services;


   Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  C07  03383

**PLAINTIFF'S ORIGINAL COMPLAINT
FOR WRIT IN THE NATURE OF
MANDAMUS & DECLARATORY
JUDGMENT UNDER 28 U.S.C. § 1361**

**Immigration Case**

   Plaintiff, Hao Xu, by and through his attorney of record, opens this lawsuit against the

Defendants and will show this Court the following:

1.  Plaintiff, Hao Xu, brings this action against the Defendants to compel action on the

delayed processing of his I-485, *Application to Register Permanent Residence or Adjust Status*.

This application remains within the jurisdiction of the Defendants who have improperly delayed

and withheld action on this application to Plaintiff's detriment.

Case No.
Complaint

1

**PARTIES**

2.    Plaintiff, Hao Xu, is the primary applicant of an I-485, *Application to Register Permanent Residence or Adjust Status*, filed with United States Citizenship and Immigration Services ("USCIS").

3.    Defendant, Alberto Gonzales, is the Attorney General of the United States and this action is brought against him in his official capacity.  He is authorized to adjust to permanent residence status certain aliens who have been admitted to the United States, and is further authorized to delegate such powers to other government officials.  Defendant Gonzales is also the head of the Department of Justice, which is the government agency responsible for the FBI name checks.

4.    Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security ("DHS"), and this action is brought against him in his official capacity.  Defendant Chertoff is generally charged with enforcement of the Immigration and Nationality Act, which provides for the processing of adjustment of status applications.

5.    Defendant, Emilio T. Gonzalez, is the Director of USCIS, and this action is brought against him in his official capacity.  USCIS is an agency within the DHS to which DHS' authority has, in part, been delegated. Defendant Director is generally charged with the overall administration of immigration benefits and services.

**JURISDICTION**

6.    Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et seq.* and 701, *et seq.*, and 28 U.S.C. § 2201 *et seq.*  Relief is requested pursuant to said statutes.  Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

**VENUE**

7.    Venue is proper in this honorable Court, pursuant to 28 U.S.C. §1391(e), in that Plaintiff may request a hearing on the matter in the district where Plaintiff resides.

**INTRADISTRICT ASSIGNMENT**

8.    This lawsuit should be assigned to the San Jose Division of this court because a substantial part of the event or omission which give rise to this lawsuit occurred in Santa Clara

Case No.                                    2
Complaint

1   County.

2   **EXHAUSTION OF REMEDIES**

3   9.    Plaintiff has exhausted his administrative remedies. The Plaintiff has supplied USCIS

4   and the FBI with documents that clearly establish his eligibility to register as a permanent

5   resident, and as will be demonstrated by the evidence, has followed up with numerous inquiries

6   and requests to the pertinent administrative agencies attempting to expedite his delayed

7   application.

8   **CAUSE OF ACTION**

9   10.    Plaintiff's I-485 application, filing fees, along with all supporting documentation, was

10   filed with the USCIS California Service Center, on July 13, 2004. **(EXHIBIT 1)**

11   11.    On January 6, 2007, Plaintiff wrote to U.S. Congressman Michael M. Honda requesting

12   assistance with his stalled application. In a letter dated March 22, 2007, Congressman Honda

13   replied to Plaintiff stating that his name check was received by the FBI on July 28, 2004, and that

14   it was still pending. **(EXHIBIT 2)**

15   12.    In a letter dated January 17, 2007, Plaintiff received a response to his Freedom of

16   Information-Privacy Acts ("FOIPA") request. David M. Hardy, Section Chief of the Records

17   Management Division of the FBI, indicated that there were no records responsive to Plaintiff's

18   FOIPA request. **(EXHIBIT 3)**

19   13.    Plaintiff made an Infopass appointment at the USCIS San Jose sub-office on June 7, 2007,

20   to inquire into the status of his case. At the appointment, Plaintiff was given a printed case status

21   sheet, which indicates that his case is still pending due to the FBI name check. **(EXHIBIT 4)**

22   14.    It has been nearly three years since Plaintiff first filed his I-485 application with USCIS

23   on July 13, 2004. The Defendants have failed to properly adjudicate this petition within a

24   reasonable time. They have improperly and unreasonably delayed the processing of Plaintiff's I-

25   485 application after Plaintiff has paid for, and submitted, a properly executed application.

26   15.    Although the role of Defendants is pivotal to the security of the United States of America,

27   the Defendants' actions have gone well beyond the expected 6-8 months processing time for the

28   adjudication of an I-485 Application (Please see California Service Center processing dates for I-

Case No.                                    3
Complaint

1  485 cases posted June 18, 2007 at (**EXHIBIT 5**). Defendants have failed to adhere to their own

2  processing times and procedures.

3  16.    Defendants have sufficient information to determine Plaintiff's eligibility pursuant to the

4  applicable requirements and complete the processing procedures.

5  17.    After numerous inquiries by Plaintiff, Defendants have unreasonably and inappropriately

6  refused to adjudicate the petitions, thereby depriving Plaintiff of the rights to which he is

7  entitled.

8  18.    Plaintiff has been greatly damaged by the failure of Defendants to act in accordance with

9  their duties under the law.  Specifically:

10              (a) Plaintiff has been unable to obtain legal permanent residence and thus cannot

11                  travel or work without restriction.  He must pay additional filing fees each

12                  year in order to work and travel legally.

13              (b) Plaintiff is unable to accrue time to be eligible for naturalization as a citizen of

14                  the United States, thus delaying his obtainment of the rights and privileges

15                  enjoyed by citizens of the United States.

16  19.    Defendants in violation of the Administrative Procedures Act at 5 U.S.C. § 706(1), are

17  unlawfully withholding action on Plaintiff's application, and have unreasonably delayed action

18  on Plaintiff's case.

19  20.    Defendants in violation of the Administrative Procedures Act at 5 U.S.C. § 555(b), are

20  unlawfully delaying action on Plaintiff's application and have failed to complete the adjudicative

21  functions delegated to them by law within a reasonable time.

22  21.    Plaintiff has provided sufficient evidence of his attempts to secure adjudication of the

23  Application at issue, all to no avail. His administrative remedies have been exhausted.

24  Accordingly, the Plaintiff has been forced to retain the services of an attorney to pursue the

25  instant action.

26                              **PRAYER**

27  22.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff

28  respectfully prays that the Defendants be cited to appear herein and that, upon due consideration,

Case No.                            4
Complaint

the Court enter an order:

    (a) requiring Defendants to adjudicate Plaintiff's I-485 applications forthwith;

    (b) awarding reasonable attorney's fees pursuant to the Equal Access to Justice Act; and

    (c) granting such other relief at law and in equity as justice may require.

Dated: June 27, 2007                                Respectfully Submitted,

                                                 Justin Fok, CSBN: 242272
                                               Attorney for Plaintiff

Case No.         5
Complaint

**EXHIBIT LIST**

Exhibit 1:    Receipt of I-485 filing dated July 13, 2004

Exhibit 2:    Correspondence with Representative Mike Honda

Exhibit 3:    Response to Plaintiff's FOIPA request

Exhibit 4:    Plaintiff's Infopass Appointment and case information sheet

Exhibit 5:    USCIS California Service Center Processing Dates posted June 18, 2007

Case No.
Complaint

6

**Exhibit 1**

U.S. Citizenship and Immigration Service                                    I-797, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-04-205-50298 | | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE July 13, 2004 | PRIORITY DATE | APPLICANT  A97 868 739  XU, HAO |
| NOTICE DATE July 19, 2004 | PAGE 1 of 1 | |

C PASH
FRAGOMEN DEL REY BERNSEN & LOEWY P
RE: HAO, XU
18401 VON KARMAN AVE STE 255
IRVINE CA 92612

Notice Type:  Receipt Notice

Amount received: $ 385.00

Section: Other basis for adjustment

The above application or petition has been received. It usually takes 660 to 660 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. At our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

*FBI NAME Check PENDING 2/10/07*

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 11/28/03) N

**Exhibit 2**

TO:
Mike Honda
District Office
1999 South Bascom Ave
Suite 815
Campbell, CA 95008
-----------------

Dated:  1/6/2007


Subject: Ask help on our immigration petition.


Dear Congressman,

    Our immigration petition of I-485 'Adjustment of Status' is in pending now for more than 2.5 years as I submitted it in July 2004. At the same time, our whole immigration process already took 6 years.
    A lot of my friends, relatives, even submitted at similar time or even way later than us, already got their GC and even citizenship. However, our cases are just hanging around. I may guess it is in the FBI name check and I may not know when it would be over at all.
    You may know, without the GC, how inconvenience the life is for my daughters, my wife and me comparing to other relatives and friends.
    For example, we had to postpone our purchase of house, a place called home for more than 2 years; Sometimes, I may have to concern to bring my daughter back to hometown later if we have to go home back, who does even not know anything about that since she was born here/live here; My wife and I have to work to keep the legal status just in case even though we really want to spend more our daytime with our daughters but not send them to daycare.  There are a lot of other issues.

    Could you help us to check what my current status is? If my name check is cleared out or not. What would be estimated timeframe for my case after this 6 year process already?  Your help will be really really appreciated.


My detail info is following.

Your First Name  Hao
Last Name          Xu
Alien #  A97 868 739
SSN#  ███████████
485 RECEIPT #  WAC-04-205-50298
Date of birth  ███████████
Address  ████████████████████████
Phone/cell  408-███████████
email  ████████████@YAHOO.COM

If you have any question please feel free to contact me via email
█████ı@yahoo.com or cell 408-█████

Looking forward from you.

Sincerly

Hao Xu

█████████
Cupertino, CA,95014

Phone:408-█████
email: █████@yahoo.com

MICHAEL M. HONDA
15TH DISTRICT, CALIFORNIA

COMMITTEE ON SCIENCE
SUBCOMMITTEES:
*RANKING MEMBER*
ENERGY
SPACE AND AERONAUTICS

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE
SUBCOMMITTEES:
AVIATION
HIGHWAYS, TRANSIT, AND PIPELINES
COAST GUARD AND MARITIME TRANSPORTATION

CHAIR
CONGRESSIONAL ASIAN PACIFIC
AMERICAN CAUCUS

WASHINGTON OFFICE:
1713 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225-2631
FAX:    (202) 225-2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE: (408) 558-8085
FAX:    (408) 558-8086
GILROY RESIDENTS: (888) 643-4715

# Congress of the United States
## House of Representatives

March 22, 2007

Mr. Hao Xu

Cupertino, California 95014

Dear Mr. Xu:

Thank you for contacting my office regarding your immigration petition. I am sorry to hear about the difficulties you are experiencing with your FBI name check. According to my Liaison at the FBI, "Mr. Hao Xu's request was received from the United States Citizenship and Immigration Services on July 28, 2004, and is currently in process. Ms. Feng Zhao's request was received from the United States Citizenship and Immigration Services (USCIS) on July 28, 2004. This submission was processed and finalized on February 8, 2005. The results were forwarded to the USCIS Headquarters, Washington, D.C."

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. According to the FBI, the name check process is administered by the National Name Check Program and involves several layers of review. The FBI's homeland security mission requires that the name check process be primarily focused on an accurate and thorough result. Before a name check is completed, it may require review by federal, state, local and foreign agencies. In addition to serving as a reviewing agency, the FBI is the clearinghouse for responses by other agencies. Delays and/or complications may arise due to a common name, spelling variations, frequent travel or changes in residency, criminal history, non-cooperation of foreign governments, multiple references, and inconsistent or incomplete information. In some cases, name checks require further investigation or detailed review.

According to the FBI, additional staff has been added to process the backlog caused by the tremendous volume of name check requests. However, if the delay is the result of another agency or a case requires more extensive review, the FBI cannot proceed with final processing. Unfortunately, some investigations take many months to complete.

Since 2002, USCIS has increased the number and scope of relevant background checks, processing millions of security checks without incident. These security checks are done for all cases involving a petition or application for an immigration service or benefit. USCIS works closely with the Federal Bureau of Investigation (FBI) and other agencies to complete the background checks. The FBI name check is just one part of this process. Included with this letter is a USCIS Fact Sheet on Immigration Security Checks - How and Why the Process Works. This fact sheet may answer additional questions you may have about the entire security screening process.

I know how important this information is to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests. While an exact date for completion of this review cannot be given be assured that the results will be made available to the immigration authorities as quickly as possible. Please understand that my office can only inquire regarding the status of your name check and where the FBI has submitted the results. My office cannot request that the process be expedited or waived, nor can my office inquire regarding the specific findings of the FBI or

any other investigative agency. Once my office has verified that your name check is under active review, there is no further action to be taken.

I regret that my office could not provide a more favorable response at this time.  However, I hope you will find this information useful.

Sincerely,

*Michael M. Honda*

Mike Honda
Member of Congress

To receive updates on issues and events important to you, please sign up at http://www.house.gov/honda/contactmike.html for my e-mail newsletter.

MH:CP

**Exhibit 3**



U.S. Department of Justice



Federal Bureau of Investigation

*Washington, D.C. 20535*

January 17, 2007

MR HAO XU

CUPERTINO, CA 95014

Request No.: 1067188- 000
Subject: XU, HAO

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

**Exhibit 4**



**Name: Hao Xu**

**Appointment Question about case
Type:**

**Confirmation** SNJ-07-14988
**No.:**

**Authentication** 1756d
**Code:**

**Appointment** June 7, 2007
**Date:**

**Appointment** 10:00
**Time:** AM

**Location: 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY**

**This is your Confirmation
Number:**



*SNJ-07-14988*

# If you wish to cancel this appointment, you will need the following Personal Identification Number: *67304*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leaving such items at home or with a person who will remain outside the building.**



**U.S. DEPARTMENT OF HOMELAND SECURITY**
*U.S. CITIZENSHIP AND IMMIGRATION SERVICES*

*1887 Monterey Rd.  San Jose, CA  95112*

**DATE:  Jun 7,2007**
**FILE NUMBER: A 097 868 739**

**NAME : HAO XU**

**Dear Applicant:**
**Your application for permanent resident status is pending for the reason(s) checked below:**

---

**INQUIRIES WILL NOT BE ACCEPTED UNTIL 120 DAYS AFTER YOUR INTERVIEW.** No response will be given if submitted prior to the 120 days.  Inquiries may be submitted in one of the following manners:

| **WALK-IN OR DROP OFF INQUIRY:** | **OR** | **MAIL** |
|---|---|---|
| INFORMATION UNIT LOBBY | | Bureau of Citizenship & Immigration Services |
| 1887 Monterey Road, San Jose, CA | | ATTN: AOS INQUIRIES |
| SERVICE HOURS: Mon., Tues., Wed. and Fri. - 7:00 AM – 3:00 PM | | 1887 Monterey Road |
| Thurs. – 7:00 AM – 12:00 NOON | | San Jose, CA 95112 |

**NOTE: Please bring this notice with you if you come to the office.  Please include a copy of this notice with any correspondence.**

---

☒ A required background check has been initiated; however, a response is still pending for
    ☒ you  ☐ your spouse  ☐ your child(ren):_____.

☐ According to this month's visa bulletin, a visa number is not currently available for you. It is recommended that you call the State Department's Visa Bulletin telephone number, (202) 663-1541, on a monthly basis to determine when a visa number will become available.  Your category is:_____
Country of Chargeability:_____ Priority Date_____. *When a visa number is available, you should* **MAIL** *a copy of this notice to:  B.C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.*

☐ The Service has determined that there is another immigration file that must be obtained and reviewed before your case can be completed.

☐ You will be advised of the time and date of a second interview.  *If you have not heard anything from us within* **nine months** *from the above date, you may inquire concerning your case in Room 219, Window 2.*

☐ An additional review of your case is required before a determination can be made as to your eligibility.

☐ Your FBI Clearance has expired. Please follow the instructions for re-fingerprinting on the attached sheet. Please allow 60 days for receipt of your new FBI Clearance before initiating another inquiry with us.

☐ Please follow the instructions on Form I-72 that was provided to you at the time of your interview. You must submit all requested documents within 90 days.  Additional time may not be granted (see 8 CFR 103.2(b)(8)).

☒ Other: _FBI NAME CHECK
PENDING_____

    **SNJ/IIO ____Kp_____**

**WR-830  (SNJ) 2210**    **(Interim REV. 04/22/03)**

**Exhibit 5**

 

Home  Contact Us  Site Map  FAQ

Search

 GO

Advanced Search


U.S. Citizenship
and Immigration
Services

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]    [ Back ]

# U.S. Citizenship and Immigration Services
## California Service Center Service Center Processing Dates
## Posted June 18, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments.  Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time.  For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file.  For example, for most kinds of cases you can <u>check the status of your case online</u>.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

<u>Case Services - How do I... know what kind of services are available to me after I file my application or petition?</u>

One additional point about these projections.  They are the time to complete processing and mail the actual notice and/or document.  If you check case status online and see that your case has been approved, and you

haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **California Service Center** Posted June 18, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|------|-------|-----------------------------------|--------------------------------------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | July 06, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 11, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | March 29, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | May 31, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | May 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | May 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | April 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | April 15, 2007 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | December 14, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | December 13, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
| I-131 | Application for Travel Document | All other applicants for advance parole | March 15, 2007 |

| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | December 14, 2006 |
|---|---|---|---|
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | July 26, 2005 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | December 14, 2006 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | December 14, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | March 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | March 15, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | November 21, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | December 14, 2006 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | May 17, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a) (12)] | March 29, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | March 29, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | December 14, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | December 14, 2006 |
| I-829 | Petition by Entrepreneur to Remove | Removal of lawful permanent resident | December 14, 2006 |

| | | conditions (immigrant investo● | |
| --- | --- | --- | --- |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | September 10, 1997 |

Print This Page    Back

https://egov.uscis.gov/cris/jsps/Processtimes.jsp?SeviceCenter=CSC    6/27/2007