1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
   HAO XU,                              )
12                                      )  No. C 07-3383 PVT
                Plaintiff,              )
13                                      )
            v.                          )  ANSWER
14                                      )
   ALBERTO GONZALES, United States Attorney )
15 General, U.S. Department of Justice; )
   MICHAEL CHERTOFF, Secretary of the   )
16 Department of Homeland Security;     )
   EMILIO T. GONZALEZ, Director of United )
17 States Citizenship and Immigration Services, )
                                        )
18              Defendants.             )
                                        )
19

20     Defendants hereby submit their answer to Plaintiff's Complaint for Writ in the Nature of

21 Mandamus and Declaratory Judgment Under 28 U.S.C. § 1361.

22     1. Defendants admit the allegations in Paragraph One; however, Defendants deny that they

23 have improperly withheld action on Plaintiff's application to his detriment.

24                                   **PARTIES**

25     2. Defendants admit the allegations in Paragraph Two.

26     3. Defendants admit the allegations in Paragraph Three.

27     4. Defendants admit the allegations in Paragraph Four.

28     5. Defendants admit the allegations in Paragraph Five.

ANSWER
C07-3383 PVT                                    1

### JURISDICTION

6. Paragraph Six consists of Plaintiff's allegations regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

### VENUE

7. Defendants admit the allegations in Paragraph Seven.

### INTRADISTRICT ASSIGNMENT

8. Defendants admit the allegations in Paragraph Eight.

### EXHAUSTION OF REMEDIES

9. Defendants deny the allegations in Paragraph Nine.

### CAUSE OF ACTION

10. Defendants admit the allegations in Paragraph Ten.

11. Defendants are without sufficient information to admit or deny the allegations Paragraph Eleven.

12. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants admit the first sentence in Paragraph Fourteen; however, defendants deny the remaining allegations in this paragraph.

15. Defendants deny the allegations in Paragraph Fifteen.

16. Defendants deny the allegations in Paragraph Sixteen.

17. Defendants deny the allegations in Paragraph Seventeen.

18. Defendants deny the allegations in the first sentence of Paragraph Eighteen.

18(a). Defendants admit the allegations in Paragraph Eighteen subsection a.

18(b). Defendants admit the allegations in Paragraph Eighteen subsection b.

19. Defendants deny the allegations in Paragraph Nineteen.

20. Defendants deny the allegations in Paragraph Twenty.

21. Defendants deny the allegations in Paragraph Twenty-One.

## PRAYER

22. Paragraph Twenty-Two consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

## FIRST AFFIRMATIVE DEFENSE

The court lacks jurisdiction over the subject matter of this action.

## SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

## THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United Stats or its employees were the proximate cause of any injury or damages to the Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

## FIFTH AFFIRMATIVE DEFENSE

Defendants are processing the applications referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

## SIXTH AFFIRMATIVE DEFENSE

Defendants' delay is not unreasonable as a matter of law.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: August 28, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


              /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

ANSWER
C07-3383 PVT                              3