UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Hao Xu

              Plaintiff(s),

    v.

Alberto Gonzales, United States Attorney General, U.S. Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;

              Defendant(s).

No. C 07-3383 PVT

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 9/25/07

_____
Signature

Counsel for  Plaintiff
(Plaintiff, Defendant or indicate "pro se")