UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 10/2/07

Court Reporter: FTR        Clerk: C. Lew

Case No: C 07-3383 PVT     Case Title:    Xu  vs.  Alberto Gonzales, et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Justin Fok | James Scharf |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status      [ ] Discovery

                       [ ] Settlement   [ ] Final

                       [ ] Other        **[X] Case Management Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            [ ] Submitted            [ ] Settled

[ ] Denied             [ ] Briefs to be filed   [ ] Not Settled

[ ] Granted in part, denied in part            [ ] Off Calendar

[ X ] Cross Motions to be filed on 10/16/07; Opposition 10/30/07.

## ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant    [ X ] Court    [ ] Court w/opinion