UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HAO XU, | ) | Case No.: C07-3383 PVT |
| | ) | |
| Plaintiff, | ) | **CASE MANAGEMENT** |
| | ) | **CONFERENCE ORDER** |
| v. | ) | |
| | ) | |
| ALBERTO GONZALES ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On October 2, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the following modifications are made to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

The parties do not intend to take discovery and no discovery shall be had absent stipulation of the parties or Order of the Court.

1     IT IS FURTHER ORDERED that this case is exempted from the Court ADR processes.

2     IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3     Cross Motions for Summary Judgment . . . . . . . . . . . . . . . . . . . . . . . . . . October 16, 2007

4     Oppositions to Cross Motions for Summary Judgment . . . . . . . . . . . . . . October 30, 2007

5     Last Day for Dispositive Motion Hearing  . . . . . . . . . . . . . . . . . . . . . November 20, 2007

6     IT IS FURTHER ORDERED that, absent further Order by the Court, the Cross Motions for Summary Judgment shall be resolved on the papers and without a hearing.

8     IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev. 1/5/06), a copy of which is available from the clerk of the court,[1] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: October   3, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."