1  Justin Fok, Esq., CSB#242272
   Law Offices of Jean D. Chen
2  2107 N. 1st Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiff
   Hao Xu
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN JOSE DIVISION**

11

12 **Hao Xu**                                    ) Case No. C 07-3383 PVT
                                                 )
13                                               )
                                                 ) **[PROPOSED] ORDER ON MOTION FOR**
14              Plaintiffs,                      ) **SUMMARY JUDGMENT**
                                                 )
15         v.                                    )
                                                 )
16 **Alberto Gonzales**<sup>*</sup>, United States Attorney )
   General, U.S. Department of Justice;          )
17 **Michael Chertoff**, Secretary of the Department )
18 of Homeland Security;                         )
   **Emilio T. Gonzalez**, Director of United States )
19 Citizenship and Immigration Services;         )
                                                 )
20                                               )
                                                 )
21              Defendants.                      )
                                                 )
22 _____)

23
           The Court finds that the Defendants have a clear, non-discretionary duty to adjudicate
24
   Plaintiff's I-485 within a reasonable time under both the Mandamus and Administrative
25

26  ─────────────────────

27  * Alberto Gonzales resigned from his post as Attorney General on September 17, 2007.  Peter D. Keisler is currently

28  the Acting United States Attorney General.

   [PROPOSED] ORDER ON MOTION FOR SUMMARY JUDGMENT
   Case No. C 07-3383 PVT
                                              1

1  Procedures Acts. This Court further finds that three years is an unreasonable length of time as a
2  matter of law for the adjudication of an I-485, *Application to Register Permanent Residence or*
3  *Adjust Status*.
4  Accordingly, it is hereby ORDERED that:
5     1. Plaintiff's Motion for Summary Judgment is GRANTED.
6     2. Defendants' Motion for Summary Judgment is DENIED.
7     3. Defendants shall complete adjudication of Plaintiff's I-485 Applications within 60
8        days of this order.
9     4. The Court shall retain jurisdiction over this matter for a period of 120 days to ensure
10       compliance with this order.
11 This case is CLOSED.  IT IS SO ORDERED
12
13 Dated:
14
15                                            _____
                                              Patricia V. Trumbull
16                                            United States Magistrate Judge

[PROPOSED] ORDER ON MOTION FOR SUMMARY JUDGMENT
Case No. C 07-3383 PVT

2