1  Justin Fok, Esq., CA Bar: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
   San Jose, CA 95131
3  Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiffs
   Hao Xu
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Hao Xu;** | Case No. 07-3383 PVT |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| **Peter D. Keisler**, United States Attorney General, U.S. Department of Justice; **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; | |

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT Justin G. Fok has changed his address.

Current Contact Information:

Justin G. Fok
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131

Case No. 07-3383 PVT                               1
Notice of Change of Address

1 | Dated: October 17, 2007                                    Respectfully Submitted,
2
3                                                                           _____/s/_____
                                                                            Justin Fok, CA Bar: 242272
4                                                                           Attorney for Plaintiff
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28