SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAO XU,<br><br>               Plaintiff,<br><br>   v.<br><br>ALBERTO GONZALES, United States Attorney General, U.S. Department of Justice;<br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services,<br><br>               Defendants. | No. C 07-3383 PVT<br><br>DEFENDANTS' CROSS-OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    Plaintiff Hao Xu asks this Court to issue a writ of mandamus, compelling Defendants to make a determination on his application for adjustment of status. He also asks the Court to find that Defendants have violated the Administrative Procedure Act ("APA"), and to grant relief under the Declaratory Judgment Act. Plaintiff's claims must fail. Plaintiff's application remains pending because his name check is not yet complete. The facts are undisputed, and Defendants are entitled to judgment as a matter of law. Accordingly, Defendants respectfully ask this Court to grant their motion for summary judgment.

    This Court has recognized that it has no jurisdiction to compel the FBI to complete the name check and the claims against Defendant Gonzales, should be dismissed. *See Chao v. Gonzales*,

Defendants' Opposition to Plaintiff's Motion for Summary Judgment
C07-3383 PVT                      1

2007 WL 3022548, *3 (N.D.Cal. Oct. 15, 2007); *see also Konchitsky v. Chertoff*, 2007 WL 2070325 (N.D.Cal. Jul 13, 2007) at*6.

Again, a review of the six *TRAC* factors laid out in Defendants' motion for summary judgment show that Defendants' have not unreasonably delayed actions pertaining to Plaintiff's adjustment of status application. Further, Plaintiff also asks the Court to grant reasonable attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") 28 U.S.C. § 2412. If Plaintiff is granted summary judgment, Defendants want to fully brief the issue of the availability of fees under the EAJA.

For the foregoing reasons, the Government respectfully asks the Court to dismiss Defendants Alberto Gonzales and Emilio T. Gonzalez, and grant the remaining Defendant's motion for summary judgment as a matter of law.

Dated: October 30, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants