Justin Fok, Esq., CA Bar: 242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Hao Xu

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **Hao Xu,** | Case No. C 07-3383 PVT |
| Plaintiffs, | **STIPULATION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER** |
| v. | |
| **Michael B. Mukasey**[*], United States Attorney General, U.S. Department of Justice, **Michael Chertoff**, Secretary of the Department of Homeland Security, **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services, | |
| Defendants. | |

 The plaintiff, by and through his attorney of record, and defendants, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to hold the above titled action in abeyance, in light of the following:

---

[*] Alberto Gonzales resigned from his post as Attorney General on September 17, 2007.  Michael B. Mukasey is currently the United States Attorney General.

STIPULATION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER
Case No. C 07-3383 PVT

1

1. On October 3, 2007, the Court ordered that the cross-motions for summary judgment for this case would be resolved on the papers without a hearing.

2. On October 16 and 17, 2007, the parties filed their cross-motions for summary judgment.

3. On October 30, 2007, the parties filed their opposition motions.

4. All motions and oppositions have been submitted and the Court is currently deliberating the outcome.

5. On November 13, 2007, the State Department issued the Visa Bulletin for December 2007, stating that there were no longer any employment-based visas available in December 2007, for applicants with Plaintiff's priority date. (The Visa Bulletin is attached as Exhibit A)

6. The State Department cannot issue an employment-based visa to Plaintiff during the month of December 2007, and thus by statute, the USCIS is unable to adjudicate the application for adjustment of status which is at issue in this case.

7. Therefore, the parties hereby request this Court to hold this case in abeyance until visas become available again. Within three days of visas becoming available, the parties shall notify the Court.

Dated: November 19, 2007          _____/s/_____
                                  JUSTIN FOK
                                  Attorney for Plaintiff

Dated: November 19, 2007          _____/s/_____
                                  ILA C. DEISS
                                  Assistant United States Attorney
                                  Attorney for Defendants

STIPULATION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER
Case No. C 07-3383 PVT

1  [~~PROPOSED~~] ORDER

2  PURSUANT TO STIPULATION, IT IS SO ORDERED that the case is temporarily held

3  in abeyance. The parties shall notify the Court within three days of visas becoming available.

4

5  Dated: November 20, 2007

6  _____
   Patricia V. Trumbull

7  United States Magistrate Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER
Case No. C 07-3383 PVT

3