1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| HAO XU, ) | |
| 12            ) | No. C 07-3383 PVT |
|           Plaintiff, ) | |
| 13            ) | |
|        v. ) | |
| 14            ) | **STIPULATION TO DISMISS AND** |
| ALBERTO GONZALES, United States Attorney ) | **[PROPOSED] ORDER** |
| 15  General, U.S. Department of Justice; ) | |
| MICHAEL CHERTOFF, Secretary of the ) | |
| 16  Department of Homeland Security; ) | |
| EMILIO T. GONZALEZ, Director of United ) | |
| 17  States Citizenship and Immigration Services, ) | |
|            ) | |
| 18            Defendants. ) | |
|  _____ ) | |

19

20    Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

21  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

22  of the adjudication of Plaintiff's adjustment of status applications (Form I-485).

23  ///

24  ///

25  ///

26  ///

27  ///

28

Stipulation to Dismiss
C07-3383 PVT                                    1

1  Each of the parties shall bear their own costs and fees.

2  Date: March 17, 2008                              Respectfully submitted,

3                                                    JOSEPH P. RUSSONIELLO
   United States Attorney

4

5

6                                                    _____/s/_____
   ILA C. DEISS[1]
   Assistant United States Attorney
7  Attorneys for Defendants

8

9

10                                                   _____/s/_____
   Date: March 17, 2008                              JUSTIN FOK
11 Attorney for Plaintiff

12

**ORDER**

13  Pursuant to Stipulation, IT IS SO ORDERED.

14

Dated: _____

15  PATRICIA V. TRUMBULL
    United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-3383 PVT                                         2